# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 05cr416-01 |
| v. | : CIVIL NO. 11cv5577 |
| | : |
| THEODORE H. LeBLANC | : |
| | : |

## ORDER

**AND NOW**, this 25th day of January, 2012, upon consideration of defendant Theodore H. LeBlanc's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (document no. 100 as to Criminal Action No. 05-416-01) and the government's response thereto, **IT IS HEREBY ORDERED** that the motion is **DISMISSED** as untimely.

    /s/ William H. Yohn Jr., Judge
    William H. Yohn Jr., Judge